OPINION — AG — ** UNLOAD TRUCKS — COUNTY FUNDS — COMMODITIES ** IT IS NOT " LEGAL FOR THE BOARD OF COUNTY COMMISSIONERS TO FURNISH COUNTY FUNDS TO PAY THE EXPENSES OF UNLOADING WELFARE TRUCKS AND STACKING COMMODITIES FOR THE PUBLIC SCHOOLS OF POTTAWATOMIE ". (EXPENSES, SALARIES, APPROPRIATION OF THESE FUNDS) CITE: 19 O.S. 339 [19-339], 56 O.S. 21 [56-21], OPINION NO. MAY 5, 1951 (J. H. JOHNSON)